**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE**

# United States District Court

**FOR THE NORTHERN DISTRICT OF FLORIDA**

DAMON Wesley Whitehead

NO. 5:08cv 13 RS/EMT

*(Enter above the full name of the plaintiff or plaintiffs in this action.)*

V.

WARDEN, Joeseph Ponte
C/O FARRIS
C/O PRICE
Doctor Ron lippmAN

*(Enter above the full name of the defendant or defendants in this action.)*

COMPLAINT

FILED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
2008 JAN 11  PM 12: 4

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes (  )   No (✓)

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of this page.)

1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

C. 1. Did you present the facts relating to your complaint in the state prison grievance procedure?

Yes ( ✓ )   No ( )

2. If your answer is yes, what was the result? _I HAVe FileD 3 greAvAnce S on the incAdent With no reply. I Ve File 10 Sinse october on Similar proplom S With no reply. (EXcept AttAcex (AttAcked done By officer cox)_

3. If your answer is no, explain: _The 10 Filed never cAme BAck MS. Chisolm, RobertS sAid they Were in the office._

## PARTIES

(In item I below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

I. Name of plaintiff _DAMON Wesley Whitehead_
Address _5600 Nehi Rd  PAnAMA City FL  32404_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant _Joeseph Ponte_ is employed as _The_
_WARDEN_ at _CCA Annex 5600 Nehi Rd PAnAmA City, FL 32404_

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

_On or About Dec. 13th I Awoke With my Rectum Hurting And noticed thAt Dried pAper And food Sealed on the door WAS Broken And the BrAided String tieing my Suit togAter WAS Broken. About 30 mins. After Shift ChAnge Upon USeing the Restroom I discoverd_

ThAt there WAS semen, Blood And lotion on the toilit PAPer. I showed the WArden And WAS informed to despose of the substances; I LAter informed the nurse And officer price. WAS Refused medical EXAMS And A sherriff to come tAlk with me. LAter thAt dAy I informed DR. JAck And unit Directer DAviS. I Also informed to other occiffers And Another two nurses. I complAined By fileing 2 Requests And A greAvAnce. I complAined untill dec the 25th when occifer FARris shookme down And found toilit PAPer with the substances on it, I told him it WAS From Being rAped And he got mAd And sAid he wAsent gAy And liked women And never let Anyone in my cell. Then he took me out of my cell And stArted writeing A stAtement And stoped in the middle of it. He put me BAck in my cell And told me he wAS informed to throw the evAdence AwAy. I hAve Been in C-2 For BlAcking up to 18 hours AdAy. And Been on ReAly strong medAcAtion thAt puts me to sleep where I cAnt wAke up or Feel; I hAve hAd the sherriff up here over other problems where someone let someone in my cell. By color of IAW my FederAly protected rights WEre violAted By occifers. They continue to deny me medical Assistance and psycheAtric. MedAcAl mAlprActice. occifer price WAS working BAck in october when someone let someone in my cell And my socks were ripped up And put BAck on my feet And my cloths were streched And ripped with lotion sAtArAted in my rectum. my whole insides were sAturAted. It cAme out for moonths when useing the restroon. InvestAgAtor deFrAin investAgAted it And the sherriff WAS cAlled But nothing WAS done. I hAd Awoke to tAste Feces, horrible tAstes of vomit And Blood tAstes in my mouth like Adrunk Bunch of girls put it on my tounge And rubbed it on my nostrils. I've tAsted chemicAls Burning my whole mouth, smelt A stench of mArAjuAnA lingering with the tAstes thAt disApered. There people lAughing And sAying gross And vomiting like it hAs Been Filmed And is Being shown to rAndom inmAtes thAt vomit. ID tied my teeth togAther with strings And Awoke to Anoth missing out of my teeth. I WAS told I cAnt Be trAnsferred to Anoth fAcility For conflict with gAurds. I've hAd A problom with MAFIA And FAmily thAt strArted with rAndom gAurds Also. The mob usees cell phones to Follow me with my FAmily And even gets to gAurds. I BeleAve thAt cAuses rAndom incidents From plAce to plAce, I Am ungodly nervous And shAcky, hyperventAlAting And cAnt get Anything to help nerves. hAd ElAvil thAt helped And they took me off of it BecAuse of A nurse telling him to.

#2

I told the Doctor that in prison While I WAS high
on pills someone stuck needles in my hart shooting small
Ammounts of liquid into my hart 5 tims or so And they were
doing Alot of tests on it in prison But went threw. they did
two EKOS And said it WAS OK. But didnt Do what
WAS needed to check it out completly here. I told the
doctor I WAS Beat in the head With A BAT And still
have headaches But WAS told to WAit till I get out
for A CAT scan. they were doing CAT scans in prison And
other tests that Went completed Upon my Release. I Also
mentioned Weezing And randomly Being Drugged with cionide.
that AppeArs to Resurface in my system And cause me to
drop. the doctor stated small Amounts mAke you sick And
you should be fine. There were no lung tests or hart tests for
what I mentioned in prison. I WAS told to Jog And Exercise.
When Being EXAmened for lotion I had KY Jelly put up my Rectum
insted. HE stated that large Amounts of cionide kill you
instantly small Amounts mAke you sick And the Body Becomes
imune. He stated it WAS impossible to shoot A needle into the hart.
I WAS told the mArks will likely show Up on A screening in green.
I WAS told A need A Biopsy And extensive tests on hart And lungs I couldent,
get Medication for my nerves to help with family And mAfiA problems.
While haveing Blackouts half the day. I WAS given ELAVIL that
helped But I WAS tAken off of it. Then I WAS given something
to knock me out where I couldent Feel or wAke Up. I WAS Referred
to life mAnAgement doctors And given tegratol for seizures
that mAke me sick. On 1-3-08 I seen the doctor
Again And WAS told I couldent get ELAVIL OR ANY
thing he couldent help with meds I took in prison
8 YeArs. He WAS the specalist I wAited for for months And he
told me BlAckouts wernt psycheAtric. I wAiTED from oct.
to lAte nov. Officer Sexton And PAtterson were laughing
About A immAte sAying he WAS Fucken me in the Ass while I slept,
sAying the were letting them in my cell with
Officer. They took my mAtt And swithed it with A thin one
BecAuse I had Bed sores that Bleed

PAGE 3    STAtement of clAim

I've Requested A trAsfere sevacal times due to conflict with mob's
officers I hAve hAd PApers And letters wrequriter.
And chAged A litlle thAt were in locker. They
were Rewritten About the sAme with lines
missing or words misspelled. I dont know
who BecAuse they were in locker. when I got
them oot I discovered it. I've even hAd
someone write not yours on my shirt And
spilt kool Aid in the floor to go with the
incidents mentioned in the ~~october~~ ~~~~
FArris incAdent on dec. 25th it All wAs notiued
the sAme week. little mind gAmes Are Being
plAyed AgAin ~~~~ ~~~~ ~~~~ ~~~~
~~~~. BecAuse I thretened to sew them.
My grAnd mother Is in with mob And prison's
thAt cAuses thAt little stuff to hAppen some-
how By finding me on cell phones And getting
cool gAurds to let'em do little things like
rewrite letters And rip clothes. The BlAck
outs And lotion And semen Being found
hAve ~~~~ unusuAlly ~~~~ ~~~~ hAppened.
#4 I've hAd FArris let someone in cell And  I seen Lmc Doctor on 1-3-08 And Refused All meds.
WAS AssAlted in sleep; to AwAke And find semen
lotion And Blood with rectAl pAin And stuff hAnging
on door. hAve smelt weed reAl week with vomit tAstes
#2 in my mouth And nose. Awoke with knot yours wrote on shirt.
I've Awoke with price here to find, ripped
cloths And BAd tAstes of feces, Blood, vomit,
And chemicAls in mouth And string tying my teeth
togAther gone oot of mouth more thAn once.
#3 I've Been refused medAcAl treAtment for nurves,
hArt, heAd, lungs, And BlAckouts.
#4 I've found letters rewritten Almost the sAme
And chAnged A little.
#5 I hear officer FArris, sexton, PAtterson lAughing with
inmAtes About someone comeing in here. inmAtes sAying I RAped you.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I Would like to ASK For one million dollors
For PhysicAl And mentAl dAmAges And for
the proper leAgAl Actions AgAinst CCA & STAFF.

Signed this _____ D.W. 7Th _____ day of _____ JANUARY ~~DECEMBER~~ _____ D.W. _____:

Damon Whitehead

Damon Whitehead 1-7-08

*(Signature of plaintiff or plaintiffs)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1 - 7 - 08 _____
*(date)*

Damon Whitehead
*(Signature of Movant)*

Notary - Mattie Pearl Gainer 1/7/08



MATTIE PEARL GAINER
MY COMMISSION # DD 661232
EXPIRES: April 10, 2011
Bonded Thru Notary Public Underwriters

*Read by EFC CCX 14-5A*
*on 12-30-07*

## INFORMAL RESOLUTION

| To be completed by inmate/resident: |
|---|

Date: _12-26-07_

Name (Print): __Whitehead__      __DAMON__      __Wesley__
Last Name             First Name           Middle Initial

Number: _7-3480_   HOUSING ASSIGNMENT: _C-2_

Description of issue, problem, and solution you suggest:

On or About Dec. 13th Officer Fitris let someone in my cell I was woke up for Breakfast Discovering my rectum hurting And the paper And food on the door Broken in floor. When useing the restroom I discovered that the braid holding my suct together was Broken And found lotion, seuien, Blood in my rectum. I told the warden, officer price, DAVIS, DR. JACK 3 other nurses And several officers - on Dec 20th Harris shook me down, And took the tolit paper with substances on it And
Attach additional pages, if necessary. filled out half A statement then threw it away the evidence, 15th grauance since the 13th

| FOR STAFF USE ONLY: |
|---|

Date received from inmate/resident: _12-30-07_

Name of staff member completing informal resolution process: _Officer Cox_

Date response due to inmate/resident: _12-30-07_

Date and time initial meeting held with the inmate/resident: _4:30_

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

Distribution:
Original: Facility
Copy: Inmate/Resident

**Dates and times of contact with staff members concerning the inmate/resident's issue:**

**Additional information received from meetings with staff members:**

STAFF RESPONSE:

**Tentative completion date if remedy suggested:**

Completion of Informal Resolution Process:

**By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.**

Inmate Signature:_____          Date:_____

Designated Staff Signature:_____          Date:_____

*Witness Signature:_____          Date:_____

*In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.

Informal Resolution Outcome:      ☐ RESOLVED      ☑ UNRESOLVED

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07