IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAMON WESLEY WHITEHEAD,

    Plaintiff,

vs.                                  CASE NO. 5:08cv13/RS-EMT

WARDEN JOSEPH PONTE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 9). Plaintiff has not filed objections and has not provided the court his current mailing address.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

ORDERED on February 29, 2008.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**